UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States Probation Office

## I N T E R O F F I C E   M E M O R A N D U M

**TO:**        Shani Furstenau, Courtroom Clerk
            of the Honorable Garland E. Burrell, Jr.

**FROM:**    Deborah A. Spencer
            Supervising United States Probation Officer

**DATE:**    November 13, 2006

**SUBJECT:**  **Victor Felix SOTO, Jr.**
            **Docket Number:  2:03CR00295-01**
            **ADMIT/DENY HEARING CONTINUANCE**

The above matter is scheduled for an Admit/Deny Hearing on a violation of probation on November 17, 2006.  All parties have agreed to a continuation for the Admit/Deny Hearing until December 15, 2006.

   X   **Approved**                                                      11/14/06
                    **GARLAND E. BURRELL, JR.**          **Date**
                    **United States District Judge**

_____  **Disapproved**

DAS/cj
cc:    Probation Office
       Michelle Rodriguez, Assistant United States Attorney
       J. Toney, Defense Counsel (Appointed)
       Post Office Box 1515
       Woodland, California  95695
       (530) 666-1908